UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PRIVA SPORT INC. and subrogated cargo      :
insurers,
                                                                   :
                Plaintiffs,
                                                                   :    08 Civ. 7094 (RJH)
   - against -                                                         **ECF CASE**
                                                                   :
UPS OCEAN FREIGHT SERVICES, INC.;       **RULE 7.1**
UPS SUPPLY CHAIN SOLUTIONS; UPS-SCS  :    **DISCLOSURE STATEMENT**
(ITALY) SRL; M/V "SL QUALITY", her
engines, tackle, boilers, etc.;                           :

                Defendants.
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

                                                            None

Date:   New York, New York
           August 8, 2008                        *s/David L. Mazaroli*

                                                  David L. Mazaroli (DM 3929)
                                                  Attorney for Plaintiffs
                                                  11 Park Place - Suite 1214
                                                  New York, New York 10007
                                                  Tel.: (212)267-8480
                                                  Fax.: (212)732-7352
                                                  E-mail: dlm@mazarolilaw.com
                                                  File No.: 8XL-1752