

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRIVA SPORT INC. and subrogated cargo insurers,

                Plaintiff,

-V-

UPS OCEAN FREIGHT SERVICES, INC,; UPS SUPPLY CHAIN SOLUTIONS; UPS-SCS (ITALY) SRL; M/V "SL QUALITY", her engines, tackle, boilers, etc.;
                Defendants.

**CERTIFICATE OF MAILING**

08 CV 7094 (RJH)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22nd day of August, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**8th day of August, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 307 448 US**

                                                                  _J. Michael McMahon_
                                                                          CLERK

Dated: New York, NY

LAW OFFICES<br>
**DAVID L. MAZAROLI**<br>
11 PARK PLACE<br>
NEW YORK, NY 10007<br>
E-mail: dlm@mazarolilaw.com<br>
Telephone (212)267-8480<br>
Telefax (212)732-7352

August 19, 2008

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: Priva Sport Inc., et al.
          v. UPS Ocean Freight Services, Inc., et al.
          08 Civ. 7094 (RJH)
          Our File: 8XL-1752

S I R:

   Please serve the enclosed Summons and Complaint on the below named defendant, pursuant to Rule 4 (f) (2) (C) (ii) of the Federal Rules of Civil Procedure, by registered mail, at the following address:

       UPS-SCS (Italy) Srl
       Via Galilei 5

Very truly yours,

David L. Mazaroli

[Receipt for Registered Mail, PS Form 3806:
Registered No. RR596307448US
Reg. Fee $10.80
Handling Charge $0.00
Return Receipt $2.20
Postage $1.74
Restricted Delivery $0.00
Date Stamp: 08/22/08
Customer Must Declare Full Value $$0.00
FROM: DAVID L. MAZAROLI, 11 PARK PLACE, SUITE 1214, NEW YORK, NEW YORK 10007
TO: UPS-SCS (ITALY) Srl, VIA GALILEI 5, 20066 PESCHIERA BORROMEO (MI) ITALY]